Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-382-904

**Effective Date of Registration:**
January 17, 2024
**Registration Decision Date:**
February 16, 2024

---

## Title

**Title of Work:** Bunny Was Very Pleased With Her New Socks

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** April 05, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Alison Friend
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

**Name:** Alina Shriver
**Email:** alinamshriver@gmail.com
**Telephone:** (305)778-7117
**Address:** 1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:** Alina Shriver
**Date:** January 17, 2024

Page 1 of 2





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-388-091

**Effective Date of Registration:**
January 18, 2024
**Registration Decision Date:**
March 26, 2024

---

## Title

   **Title of Work:** Good Girl

## Completion/Publication

   **Year of Completion:** 2023
   **Date of 1st Publication:** November 01, 2023
   **Nation of 1st Publication:** United States

## Author

-    **Author:** Alison Friend
   **Author Created:** 2-D artwork
   **Citizen of:** United Kingdom

## Copyright Claimant

   **Copyright Claimant:** Alison Friend
    Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

   **Name:** Alina Shriver
   **Email:** alinamshriver@gmail.com
   **Telephone:** (305)778-7117
   **Address:** 1010 Hardee Rd
    Coral Gables, FL 33146 United States

## Certification

   **Name:** Alina Shriver
   **Date:** January 18, 2024



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-413-112**

**Effective Date of Registration:**
September 05, 2024
**Registration Decision Date:**
September 18, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Taco Lover |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | May 05, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Alison Friend |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Alison Friend |
| | Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Alina Shriver |
| **Email:** | alinamshriver@gmail.com |
| **Telephone:** | (305)778-7117 |
| **Address:** | 1010 Hardee Rd |
| | Coral Gables, FL 33146 United States |

## Certification

| | |
|---|---|
| **Name:** | Alina Shriver |
| **Date:** | September 05, 2024 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-388-391

**Effective Date of Registration:**
January 18, 2024
**Registration Decision Date:**
March 27, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | His Granny Knitted It! |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | January 10, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Alison Friend |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Alison Friend |
| | Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Alina Shriver |
| **Email:** | alinamshriver@gmail.com |
| **Telephone:** | (305)778-7117 |
| **Address:** | 1010 Hardee Rd |
| | Coral Gables, FL 33146 United States |

## Certification

| | |
|---|---|
| **Name:** | Alina Shriver |
| **Date:** | January 18, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-382-783

**Effective Date of Registration:**
January 18, 2024
**Registration Decision Date:**
February 15, 2024

---

## Title

**Title of Work:**   I Love This Stick!

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** December 06, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Alison Friend
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

**Name:** Alina Shriver
**Email:** alinamshriver@gmail.com
**Telephone:** (305)778-7117
**Address:** 1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:** Alina Shriver
**Date:** January 18, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-388-383

**Effective Date of Registration:**
January 18, 2024

**Registration Decision Date:**
March 27, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Roy & Rita |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | January 10, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Alison Friend |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Alison Friend |
| | Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Alina Shriver |
| **Email:** | alinamshriver@gmail.com |
| **Telephone:** | (305)778-7117 |
| **Address:** | 1010 Hardee Rd |
| | Coral Gables, FL 33146 United States |

## Certification

| | |
|---|---|
| **Name:** | Alina Shriver |
| **Date:** | January 18, 2024 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-388-384

**Effective Date of Registration:**
January 18, 2024
**Registration Decision Date:**
March 27, 2024

---

## Title

**Title of Work:**   When No One Is Watching

## Completion/Publication

**Year of Completion:**   2024
**Date of 1st Publication:**   January 10, 2024
**Nation of 1st Publication:**   United States

## Author

●    **Author:**   Alison Friend
**Author Created:**   2-D artwork
**Citizen of:**   United Kingdom

## Copyright Claimant

**Copyright Claimant:**   Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

**Name:**   Alina Shriver
**Email:**   alinamshriver@gmail.com
**Telephone:**   (305)778-7117
**Address:**   1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:**   Alina Shriver
**Date:**   January 18, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-413-115

**Effective Date of Registration:**
September 05, 2024
**Registration Decision Date:**
September 18, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Betsy Had Been On Hold For Over An Hour |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | February 23, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Alison Friend |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Alison Friend |
| | Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Alina Shriver |
| **Email:** | alinamshriver@gmail.com |
| **Telephone:** | (305)778-7117 |
| **Address:** | 1010 Hardee Rd |
| | Coral Gables, FL 33146 United States |

## Certification

| | |
|---|---|
| **Name:** | Alina Shriver |
| **Date:** | September 05, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-382-902

**Effective Date of Registration:**
January 18, 2024
**Registration Decision Date:**
February 16, 2024

---

## Title

**Title of Work:** One For Now A Couple For Later

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 18, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Alison Friend
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

**Name:** Alina Shriver
**Email:** alinamshriver@gmail.com
**Telephone:** (305)778-7117
**Address:** 1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:** Alina Shriver
**Date:** January 18, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-388-382

**Effective Date of Registration:**
January 18, 2024
**Registration Decision Date:**
March 27, 2024

## Title

**Title of Work:**   Dog With Gilet

## Completion/Publication

**Year of Completion:**   2023
**Date of 1st Publication:**   November 20, 2023
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Alison Friend
  **Author Created:**   2-D artwork
  **Citizen of:**   United Kingdom

## Copyright Claimant

**Copyright Claimant:**   Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

**Name:**   Alina Shriver
**Email:**   alinamshriver@gmail.com
**Telephone:**   (305)778-7117
**Address:**   1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:**   Alina Shriver
**Date:**   January 18, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-382-786

**Effective Date of Registration:**
January 18, 2024
**Registration Decision Date:**
February 15, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | A Good Day |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | January 10, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Alison Friend |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Alison Friend |
| | Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Alina Shriver |
| **Email:** | alinamshriver@gmail.com |
| **Telephone:** | (305)778-7117 |
| **Address:** | 1010 Hardee Rd |
| | Coral Gables, FL 33146 United States |

## Certification

| | |
|---|---|
| **Name:** | Alina Shriver |
| **Date:** | January 18, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-382-727**

**Effective Date of Registration:**
January 22, 2024
**Registration Decision Date:**
February 15, 2024

---

## Title

**Title of Work:** Super Dog 'SD'

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** January 01, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Alison Friend
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

**Name:** Alina Shriver
**Email:** alinamshriver@gmail.com
**Telephone:** (305)778-7117
**Address:** 1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:** Alina Shriver
**Date:** January 22, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-382-907

**Effective Date of Registration:**
January 17, 2024
**Registration Decision Date:**
February 16, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Cupcake Piglet |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | May 01, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Alison Friend |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Alison Friend |
| | Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Alina Shriver |
| **Email:** | alinamshriver@gmail.com |
| **Telephone:** | (305)778-7117 |
| **Address:** | 1010 Hardee Rd |
| | Coral Gables, FL 33146 United States |

## Certification

| | |
|---|---|
| **Name:** | Alina Shriver |
| **Date:** | January 17, 2024 |

Page 1 of 2

