**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ALISON FRIEND,

     Plaintiff,                               Case No.: 1:26-cv-00599

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## <u>SCHEDULE A TO COMPLAINT</u>

| No. | Defendants |
| --- | --- |
| 1 | zhaoxiaojiewudi |
| 2 | LUXPX |
| 3 | MẠNH HÙNG KUNGFU TORO SHOP222222 |
| 4 | YiYanSHOP |
| 5 | HeXunjin |
| 6 | Solora Store |
| 7 | Oralyn Store |
| 8 | Levrone Store |
| 9 | XIJSAHJBSAYQ |
| 10 | UrbanNest Goods us |
| 11 | xin quan high art poster |
| 12 | AIRPOSTERF |
| 13 | HAIHAI POSTER |
| 14 | TAIVASTORE |
| 15 | GZXYSMYXGSAB |
| 16 | TSJFSMYXGS |
| 17 | SGSHRJZAZGCYXGS |
| 18 | GZSLBHYXGS |
| 19 | HGSMYKJSPYXGS |
| 20 | FJSSDGCZXYXGS |
| 21 | qxfnsmyxgs |
| 22 | QUYENVASTORE |
| 23 | SYHMSSMYXGS |

1

2

| 24 | XZLYBZXGS |
| 25 | guangxidamengmaoyiyouxiangongsi |
| 26 | 义乌市馥圻商贸有限公司 |
| 27 | guangxiguanqimaoyiyouxiangongs |
| 28 | xianyouqiuzhifengmaoyiyouxiangongsi |
| 29 | chenguoqing2025 |
| 30 | Linfeng8 |
| 31 | 屏南舒烁贸易商行 |
| 32 | MCZ Pro Flag |
| 33 | HUU DŨNG TORO LUXURY SHOP5556688 |
| 34 | yechenjian |